FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0593
LT Case Nos. 2011-CF-003662-A
2011-CF-001635-A

_____

RAYMOND THOMAS KING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Raymond Thomas King, Trenton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Respondent.

May 9, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the January 7, 2025 order denying
defendant's motion to correct illegal sentence rendered in Case
Nos. 2011-CF-003662-A and 2011-CF-001635-A, in the Circuit

Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____